IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARK MURPHY,** | CASE NO. 8:09CV89 |
| **Plaintiff,** | |
| v. | **ORDER** |
| **MICHAEL J. ASTRUE, as Commissioner of the Social Security Administration,** | |
| **Defendant.** | |

This matter is before the Court on the Defendant's Motion to Extend Time to Respond to Plaintiff's Brief (Filing No. 23). The Defendant requests that its deadline to respond be extended to August 19, 2009, so that the Defendant can fully respond to all of the issues raised in the Plaintiff's brief (Filing No. 18). The Court finds this Motion should be granted.

IT IS ORDERED:

1. Defendant's Motion to Extend Time to Respond to Plaintiff's Brief (Filing No. 23) is granted;

2. The Defendant shall file its brief in response on or before August 19, 2009; and

3. This case shall be ripe for decision on August 20, 2009.

Dated this 20th day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge